# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHARLES PICARELLA, JR.,                    :  No. 51 MAP 2018
                                           :
            Appellant    :
                                           :
                                           :
                                           :
            v.              :
                                           :
                                           :
                                           :
COMMONWEALTH OF PENNSYLVANIA                :
BOARD OF PROBATION AND PAROLE,             :
                                           :
            Appellee     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2019, the Motion to Dismiss for Mootness is GRANTED.